UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAY FRANK FISCHER,<br><br>      Plaintiff,<br>  v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS,<br><br>      Defendants. | Case No. 3:23-cv-05889-TMC<br><br>REPORT AND RECOMMENDATION<br><br>Noted for: December 29, 2023 |

  On October 2, 2023 plaintiff filed a proposed complaint and an application to proceed *in forma pauperis*. Dkt. 1. Given the identified deficiencies in the proposed complaint, the Court did not grant plaintiff's IFP application. Plaintiff was given until November 22, 2023 to show cause why the complaint should not be dismissed – or file an amended complaint. Dkt. 5. Plaintiff has not responded to the Court's order to show cause. Accordingly, the undersigned recommends that the Court dismiss plaintiff's action without prejudice for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

  Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474

REPORT AND RECOMMENDATION - 1

U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on December 29, 2023, as noted in the caption.

Dated this 28th day of November, 2023.

                                            Theresa L. Fricke
                                            United States Magistrate Judge